

# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2020

No. 04-20-00183-CV

**IN RE** David E. **ZAPATA**

Original Mandamus Proceeding[1]

### ORDER

On March 30, 2020, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on April 8, 2020.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of April, 2020.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018CI23884, styled *Christopher Sean Miller and Christy Miller v. David E. Zapata*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Monique Diaz presiding.